granted. *Messrs. E. K. Cheadle, Jr.,* and *E. J. McCabe* for petitioner. *Mr. Raymond T. Nagle* for respondents.

No. 963. UNITED STATES *v.* ESNAULT-PELTERIE. June 1, 1936. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Reed* for the United States. *Messrs. Eugene V. Myers* and *Edwin J. Pringle* for respondent.

No. 973. FARREN, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 974. McCRARY *v.* SAME. June 1, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Charles H. Garnett, James H. Maxey, Wilbur J. Holleman,* and *Nathan A. Gibson* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for respondent.

No. 983. SOUTHEASTERN EXPRESS CO. *v.* PASTIME AMUSEMENT CO. June 1, 1936. Petition for writ of certiorari to the Supreme Court of South Carolina granted. *Messrs. Harry L. Greene, Rembert Marshall,* and *Nath B. Barnwell* for petitioner. No appearance for respondent.